```
                FILED
         CLERK, U.S. DISTRICT COURT

              Nov 10, 2016

       CENTRAL DISTRICT OF CALIFORNIA
       BY: _____PMC_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST, and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST, | CASE NO.: 2:16-cv-04441 SVW (ASx) <br><br> Assigned to the Honorable Stephen V. Wilson <br><br> [~~PROPOSED~~] JUDGMENT |
| Plaintiffs, | |
| vs. | |
| AMERICAN VETERAN CONSTRUCTION & DEMOLITION, INC., a California corporation, | |
| Defendant. | |

Having fully considered Plaintiffs' Motion for Default Judgment, all pleadings, documents, and evidence on file herein, for good cause shown, and in light of the Court's Order granting Plaintiffs' Motion for Default Judgment,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust, and Trustees of the Operating Engineers Training Trust, shall recover from Defendant, American Veteran Construction & Demolition, Inc., a California corporation, the principal amount of $20,635.24, together with post-judgment interest as provided by law.

DATED: November 10, 2016

_____
UNITED STATES DISTRICT COURT JUDGE
STEPHEN V. WILSON

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030.

On November 1, 2016, I served the foregoing document(s) described below:

**[PROPOSED] JUDGMENT**

on the interested parties in this action by placing a true copy thereof in a sealed envelope(s) addressed to:

| | |
|---|---|
| John L. Christensen <br> ███████████ <br> Escondido, CA 92027 | *Agent for Service of Process for Defendant, American Veteran Construction & Demolition, Inc.* |

__XXX__ (BY MAIL) I caused said envelope(s) with first class postage prepaid to be placed in the United States mail at Pasadena, California.

____ (BY FACSIMILE TRANSMISSION) I caused a true and complete copy of the document described above to be transmitted by facsimile transmission to the telephone number(s) set forth opposite the name(s) of the person(s) set forth above.

____ (BY PERSONAL SERVICE) I caused said envelope(s) to be delivered by hand to the office or the residence of the addressee as shown above.

____ (BY OVERNIGHT DELIVERY) I caused said envelope(s) with prepaid delivery charges to be placed in the UPS Box at Pasadena, California.

Executed on November 1, 2016, at Pasadena, California.

__XXX__ (FEDERAL) I declare that I am employed by a member of the Bar of this Court, and that this service was made under the supervision of said attorney.

_____
Gina Marston